THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Raymond A.
 Johnson, Appellant
 
 
 
 
 

v.

 
 
 
 
 L. Elaine Mozingo, Respondent
 
 
 
 
 

Appeal From Florence County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No.  2010-UP-489
 Submitted November 1, 2010 -  Filed
November 4, 2010

AFFIRMED

 
 
 
 Raymond A. Johnson, pro se, of Florence,
 for Appellant.
 Weldon R. Johnson and Matthew G. Gerrald,
 both of Columbia, for Respondent.
 
 
 

PER CURIAM:  Raymond
 A. Johnson appeals from the circuit court's order granting L. Elaine Mozingo's Rule
 12(b)(6), SCRCP, motion to dismiss for failure to state a claim upon which
 relief could be granted.  Johnson argues the circuit court erred in dismissing
 the complaint on the ground that it lacked jurisdiction to hear Johnson's
 claims.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  Rule
 220(c), SCACR ("The appellate court may affirm any ruling, order, decision
 or judgment upon any ground(s) appearing in the Record on Appeal."); Doe
 v. Marion, 373 S.C. 390, 395, 645 S.E.2d 245, 247 (2007) ("In considering
 a motion to dismiss a complaint based on a failure to state facts sufficient to
 constitute a cause of action, the trial court must base its ruling solely on
 allegations set forth in the complaint."); McNair v. Rainsford, 330
 S.C. 332, 343, 499 S.E.2d 488, 494 (Ct. App. 1998) ("Before a claim of
 professional malpractice may be asserted, an attorney-client relationship must
 exist.").  
AFFIRMED.
THOMAS, PIEPER, and
 GEATHERS, JJ., concur.  

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.